BRIAN M. SUDANO, SBN#255427
SUDANO LAW FIRM
540 Lennon Lane
Walnut Creek, CA 94596
Telephone: (925) 849-4183
Fascimile: (925) 849-4185

Daniel T. Pocklington, SBN#269442
Law Offices of Daniel T. Pocklington
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone: (925) 295-0705
Facsimile: (925) 746-8401

Attorneys for Plaintiff
Michael F. Anderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONRIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL F. ANDERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. 3:10-cv-4865 CRB <br><br> **NOTICE OF IMPENDING SETTLEMENT** |

**TO THE COURT, DEFENDANTS, AND ALL OTHER PARTIES:**

   **PLEASE TAKE NOTICE** that settlement between the plaintiff and defendant is pending in the above-mentioned matter.


DATED: February 11, 2011

                             /s/_____
                             DANIEL T. POCKLINGTON
                             Attorney for Michael Anderson, Plaintiff

- 1 -
NOTICE OF IMPENDING SETTLEMENT

# PROOF OF SERVICE

*Michael Anderson v. Bank of America Corporation*
*Case No. 3:10-cv-4865 CRB*

I, the undersigned, hereby declare that I am over the age of 18 years, employed in the county of Contra Costa, and not a party to the within action. My business address is 961 Ygnacio Valley Road, Walnut Creek, California, 94596.

On the date below, I served a copy of the following document(s):

- **NOTICE OF IMPENDING SETTLEMENT**

On all interested parties in said case addressed as follows:

| | |
|---|---|
| M. Elizabeth Holt, Esq.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439 |
| Barbara Clay, Esq. (mediator)<br>303 Twin Dolphin Dr. 6th Fl.<br>Redwood Shores, CA 94065 | Telephone: (650) 654-2729 |

(X) **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with our business' practice for collection and processing of documents by U.S. Mail and that the documents listed will be deposited with U.S. Mail on date set forth below for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2011 at Walnut Creek, California

                                                                /s/
                                          DANIEL POCKLINGTON
                                          Attorney for plaintiff